# Memorandum

| Subject | Date |
|---|---|
| Issuance of an Arrest Warrant and Limits of Punishment U.S. v KENYATTA THOMAS (SENTENCING GUIDELINES CASE) | January 17, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | A. Clark Morris<br>Assistant United States Attorney |

Please issue an arrest warrant for the following person who was indicted at the January 17, 2007, Grand Jury:

>KENYATTA THOMAS
>4101A Williams Street
>Montgomery, AL
>(Presently in Custody of Montgomery
> County Jail, Montgomery, AL -
> Writ to follow upon indictment)

## LIMITS OF PUNISHMENT

**Count 1: 18 USC § 2113(a)**
NMT $250,000 fine, or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 20Y, or both;
NMT 3Y Sup Rel;
$100 Assessment Fee; VWPA

**ESTIMATED TRIAL TIME: 2 DAYS**