AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

KENYATTA THOMAS

**WARRANT FOR ARREST**

Case Number:  2:07CR-7-MHT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __KENYATTA THOMAS__
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

BANK ROBBERY BY FORCE OR VIOLENCE (1 Count)

in violation of Title __18;__ United States Code, Section(s) __2113(a)__

__DEBRA P. HACKETT__
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK

January 19, 2007
DATE

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $   __to be set at initial appearance__            BY   U.S. MAGISTRATE JUDGE
                                                                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |