UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:07-cr-07-MHT</u> |
| | ) | |
| KENYATTA THOMAS | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#4), filed January 22, 2007, and for good cause shown, it is

ORDERED that the motion if GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Montgomery County Jail, Montgomery, Alabama, commanding them to deliver KENYATTA THOMAS to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, on January 31, 2007, at 10am, and to return said prisoner to said official when the Court has finished with him.

DONE this the 22nd day of January, 2007.

/s/ Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE