COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                         DATE: 1/31/07
❒ BOND HEARING
❒ DETENTION HEARING                          DIGITAL Recording : 10:51 - 11:01
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: Wallace Capel, Jr.     DEPUTY CLERK: Wanda Robinson
CASE NO: 3:07cr07-MHT                        DEFENDANT NAME: Kenyatta Thomas
AUSA: Todd Brown                             DEFT. ATTY: Kevin Butler
                                             Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

PTSO: Jason Dillon                           USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES         Name:

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒ set for |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | **BOND EXECUTED (M/D AL charges)** $. 25,000 |
| ❒ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❒ Set for |
| √ | DISCOVERY DISCLOSURE DATE: 1/31/07 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | **CRIMINAL TERM:** 6/4/07   Due to defendant's Mental Health Issues |
|   | PRETRIAL: 4/2/07    PLEA: 5/23/07 |