IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
    vs.                     )    CASE NUMBER 2:07CR7-MHT
                            )
KENYATTA THOMAS             )

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE MONTGOMERY COUNTY JAIL

AT MONTGOMERY, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETING:

WE command you, that you have the body of Kenyatta Thomas a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery, AL on 01/31/2007 at 10:00 o'clock A.M., to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 22nd day of January, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
        Deputy Clerk

*[Stamps: RETURNED UNEXECUTED; RETURNED AND FILED FEB 2 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.; RECEIVED '07 JAN 22 P 3:58 UNITED STATES MARSHAL SERVICE MIDDLE DISTRICT OF ALABAMA]*

*Handwritten notes:* 1/26/07 ; Ms. Moore Atty ; 1/23/07 ; F 832-7797 ; M H.D. ; Lou ; 1/30/07 Charges No Billed in Montgomery Co Jail ; 1/30/07