IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 2:07cr07-MHT |
| | ) |
| KENYATTA THOMAS | ) |

**ORDER**

Upon consideration of the Defendant's Motion to Suppress Statements (Doc. #17) filed on March 29, 2007, it is hereby

ORDERED that a hearing in this cause be set for April 12, 2007 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the government shall file their response to the motion on or before April 6, 2007. The United States Marshal shall produce the defendant, KENYATTA THOMAS, for the hearing.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 30th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE