IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.: 2:07cr07-MHT |
| | ) | |
| KENYATTA THOMAS | ) | |

**ORDER**

On April 2, 2007, the parties appeared for a preliminary hearing. At the hearing it was determined that it was necessary for the defendant to undergo a psychiatric evaluation in connection with the issues raised in defendant's Motion to Suppress Statement. (Doc. #17) Pursuant to the discussion in court, it is

ORDERED that the pretrial be continued to April 5, 2007, for purposes of determining the date and time for the psychiatric evaluation and to determine the time frame for responding to defendant's Motion. (Doc. #17)

Done this 4th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE