IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS ) | |

**UNOPPOSED MOTION TO CONTINUE**

COMES NOW the defendant Kenyatta Thomas, by and through undersigned counsel, Kevin L. Butler and, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(F) 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the presently scheduled June 4, 2007 trial to the August 17, 2007 trial term. Mr. Thomas is not in custody and does not oppose this motion.

In support of this request, the Defendant would show:

1. Ms. Thomas is charged with bank robbery.

2. Undersigned counsel has moved to suppress statements made by Mr. Thomas shortly after the alleged bank robbery on the grounds that his statements were not knowing, intelligent and voluntary because of mental health issues.

3. In preparation for the suppression hearing, trial and sentencing, undersigned is in the process of obtaining the Defendant's extensive psychiatric records. Additionally, undersigned counsel is having a psychiatric evaluation performed on Mr. Thomas.

4. The government has informed the defense that it will need additional time to conduct a psychiatric evaluation of Mr. Thomas and assess the relevancy of any psychiatric findings.

5. Because all psychiatric issues and pretrial motions can not be adequately addressed prior to the June 4, 2007 trial date, it is in the interest of justice to continue trial in this matter. The continuance will also allow the parties additional time to determine whether a negotiated plea agreement can be reached.

6. The government does not oppose this motion.

7. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow counsel time to complete review of complex psychiatric issues, address pretrial motions and prepare a mentally challenged defendant for trial.

8. Mr. Thomas is released from custody and does not oppose the requested continuance and a waiver of speedy trial is attached.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Dated this 5th day of April 2007.

          Respectfully submitted,

          **s/Kevin L. Butler**
          **KEVIN L. BUTLER**
          **AZ BAR NO.: 014138**
          Attorney for Defendant
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street , Suite 407
          Montgomery, AL 36104
          TEL:   (334) 834-2099
          FAX:   (334) 834-0353
          E-Mail: kevin_butler@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:07cr07-MHT |
| | ) |
| **KENYATTA THOMAS** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 2:07cr07-MHT |
| | ) |
| KENYATTA THOMAS | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **KENYATTA THOMAS**, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the April 23, 2007 trial term.

Dated this 5th day of April 2007.

X *Kenyatta Thomas*
KENYATTA THOMAS