IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr07-MHT |
| KENYATTA THOMAS | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on April 5, 2007, before the undersigned Magistrate Judge. Present at this conference were Attorney Kevin L. Butler, counsel for the defendant, and Assistant United States Attorney, A. Clark Morris, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for **September 17, 2007**. The trial of this case is set for the trial term commencing on **September 17, 2007**, before **United States District Judge Myron H. Thompson** and is expected to last one day for trial.

2. Currently there is a Motion to Suppress (Doc. #17) pending.

3. Proposed voir dire questions shall be filed on or before **September 10, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before **September 10, 2007** . Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

     5. Proposed jury instructions shall be filed on or before **September 10, 2007** .

     6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **September 5, 2007**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **September 17, 2007**. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **September 17, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

     Done this 6th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE