IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr07-MHT |
| KENYATTA THOMAS | ) | |

**ORDER**

Defendant filed a Motion to Suppress Statement on March 29, 2007. (Doc. #17) In light of the discussion at the pretrial conference was held on April 5, 2007, it is

ORDERED as follows:

1. The government is to provide a Mental Evaluation Report by May 25, 2007.

2. The government's Response to the Motion to Suppress is due by June 15, 2007.

3. The evidentiary hearing is set to June 21, 2007 at 10:00 a.m. (formerly scheduled for April 12, 2007).

The clerk is to provide a court reporter for the evidentiary hearing.

Done this 11th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE