IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY 25  P 4: 11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:07-cr-07-MHT |
| v. | ) | |
| | ) | |
| KENYATTA THOMAS | ) | |

## MOTION TO SEAL MENTAL EVALUATION REPORT

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to seal the attached mental evaluation report written by Dr. Lori J. Butts, due to the sensitive information included in the report.

Accordingly, based on the foregoing, the United States respectfully requests that this Court place the attached mental evaluation report under seal.

Respectfully submitted, this the 25th day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223-7280
334.223.7135   fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:07-cr-07-MHT |
| V. | ) | |
| | ) | |
| KENYATTA THOMAS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I filed the foregoing with the Clerk of the Court and will a copy of such filing through the United States mail to the following: Kevin L. Butler, Federal Defenders Office.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Clark Morris*

A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223-7280
334.223.7135  fax