IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr07-MHT |
| KENYATTA THOMAS | ) | |

**ORDER ON MOTION**

On May 25, 2007, the Government filed a motion to seal Defendant's Mental Evaluation Report (Doc. #28) written by Dr. Lori J. Butts, in light of the sensitive information included in the report. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #28) is GRANTED. It is further

ORDERED that the Clerk of Court shall place Defendant's Mental Evaluation Report (Doc. #29) UNDER SEAL until further order of this Court.

Done this 29th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE