IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr07-MHT |
| | ) | |
| KENYATTA THOMAS | ) | |

**MOTION TO CONTINUE SUPPRESSION HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to continue the suppression hearing in the above-styled cause from its June 21, 2007 date. In support of this motion, the Government offers the following:

1. This hearing was originally scheduled for June 21, 2007. The trial in this cause is scheduled for September 17, 2007.

2. The undersigned has been selected to evaluate the U.S. Attorney's Office in the District of New Jersey. Such evaluation is scheduled to take place from June 18, 2007 through June 22, 2007.

3. The government's expert in this cause, Dr. Lori Butts, is scheduled to be out of the country from June 27, 2007 until July 8, 2007. Dr. Butts' testimony is crucial to the government's case.

4. The undersigned has spoken with Defendant's attorney, Kevin Butler. Mr. Butler has no opposition to continuing the hearing. Moreover, Mr. Butler has informed the undersigned that he is available in the morning of July 12, 2007 and the entire day of July 18, 2007. The undersigned is available either of those two days as well.

Wherefore, the government respectfully requests that the suppression hearing be continued until either the morning of July 12, 2207 or July 18, 2007 and that the Court order that the government's response to the suppression motion be filed five business days prior to the re-scheduled hearing.

Respectfully submitted this the 11th day of June, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov
        ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr-07-MHT |
| | ) | |
| KENYATTA THOMAS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kevin Butler.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

3