IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr07-MHT |
| KENYATTA THOMAS | ) | |

## ORDER ON MOTION

On June 11, 2007, the Government filed a Motion to Continue Suppression Hearing (Doc. #31). Upon consideration of the motion, and there being no opposition to same, it is

ORDERED that the motion (Doc. #31) is GRANTED. It is further

ORDERED that suppression hearing is to be moved from June 21, 2007 **to July 18, 2007**, **at 10:00 a.m.** It is further

ORDERED that the government's response to the suppression motion be filed five business days prior to the rescheduled hearing, or by July 11, 2007.

The clerk is to provide a court reporter for the evidentiary hearing.

Done this 12th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE