IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant Kenyatta Thomas, by and through undersigned counsel, Kevin L. Butler and, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the presently scheduled September 17, 2007 trial term. Mr. Thomas is not in custody and does not oppose this motion.

1. Presently pending in this Court is the Defendant's Motion to Suppress Statement.

2. The defense asserts that the statements should be suppressed because they were not knowingly, voluntary and intelligently provided.

3. The defense will provide expert testimony from Dr. Ghostley regarding Mr. Thomas' past mental health history at the time of the offense and mental state at the time the statements were provided.

4. The defense is attempting to obtain all necessary records for Dr. Ghostley so he can prepare his testimony. However, the defense has yet to be provided with all necessary documents.

5. The defense anticipates receiving all documents in the next thirty (30) days, however, this will not provide the Court adequate time to hear and consider all issues prior to the presently scheduled trial date.

6. For these reasons it is in the interest of justice to continue trial to allow full consideration of the Motion to Suppress and allow the defense to present the Court with all necessary information.

7. The government does not oppose this motion.

8. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, <u>cert. denied</u>, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow counsel time to complete review of complex psychiatric issues, address the pretrial motions and prepare a mentally challenged defendant for trial.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Dated this 18th day of July, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                     ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS        ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138