IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr07-MHT |
| | ) | |
| KENYATTA THOMAS | ) | |

## ORDER

For good cause, it is

ORDERED that the evidentiary hearing scheduled for July 18, 2007, is cancelled. Counsel for Defendant shall file a status report as relates to the pending Motion to Suppress (Doc # 17) by August 20, 2007. A hearing on the pending motion will be reset after the status report has been filed.

DONE this 19th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE