### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS ) | |

**STATUS MEMORANDUM**

COMES NOW the Defendant, Kenyatta Thomas, by and through undersigned counsel, Kevin L. Butler, and submits the following status memorandum. In support of this pleading the defense states:

1) Mr. Thomas is charged with bank robbery.

2) On March 29, 2007, Mr. Thomas moved to suppress statements he made to law enforcement based upon a good faith belief the statements were neither voluntary nor knowingly and intelligently made.

3) At an evidentiary hearing the defense intended to present the testimony of Clinical Psychologist David C. Ghostley, who after evaluating Mr. Thomas determined that at the time of the offense, Mr. Thomas may have been acting while influenced by psychiatric and/or mental health problems.

4) However, prior to the suppression hearing, Mr. Ghostley needed additional time to evaluate and determine if Mr. Thomas' mental health issues effected his ability to voluntarily and/or knowingly and intelligently make statement(s) to law enforcement.

5) After this further evaluation, the court indicated it would schedule any further proceedings

as to the suppression motion.

6) On August 13, 2007, Dr, Ghostley informed the defense that based upon a review of the videotaped statement Mr. Thomas provided to law enforcement and based upon a further review of Mr. Thomas and other materials, he believes the defendant was "competent" to waive *Miranda* rights and Mr Thomas provided a voluntary and knowing statement to law enforcement.

7) In light of these findings, the defense will meet with Mr. Thomas and inform the court and the prosecution on or before August 24, 2007 whether the motion should be withdrawn and whether a suppression hearing is warranted.

Dated this 21st day of August 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS         ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138