IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS ) | |

**ORDER ON MOTION**

On August 24, 2007, Defendant, Kenyatta Thomas (Thomas) filed a motion to withdraw (Doc. #43) his Motion to Suppress Statements (Doc. #17). Upon consideration of the motion to withdraw, and for good cause, it is

ORDERED that the motion (Doc.#43) is GRANTED. Defendant's motion to suppress statements (Doc. #17)is WITHDRAWN.

Done this 27th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE