# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr07-MHT |
| | ) | |
| **KENYATTA THOMAS** | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **KENYATTA THOMAS,** through Undersigned Counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for March 6, 2008.

1. This case was previously assigned within the Federal Defenders' Office to Kevin Butler. Even though there is no plea agreement in this case, Mr. Butler and Undersigned Counsel have worked extensively with Assistant United States Attorney Clark Morris throughout the history of this case. Ms. Morris is out of the State of Alabama, and is unavailable for the scheduled sentencing hearing. Because of her familiarity with this case, Mr. Thomas believes it is in his best interest to proceed with the sentencing hearing when Ms. Morris is available.

2. Further, Mr. Thomas intends to present evidence of his diminished capacity at his sentencing hearing, and he needs additional time to fully and adequately prepare for the hearing.

3. The United States, through AUSA Morris, does not oppose a continuance.

**WHEREFORE**, Mr. Thomas respectfully requests that this Honorable Court grant his Motion to Continue Sentencing Hearing.

Dated this 4th day of March, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr07-MHT |
| ) | |
| KENYATTA THOMAS ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Clark Morris, Esq., Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49