IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr07-MHT |
| KENYATTA THOMAS | ) | |
| | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Kenyatta Thomas's motion to continue sentencing (doc. no. 54) is granted.

(2) Sentencing for defendant Thomas, now set for March 6, 2008, is reset for April 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 5th day of March, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE